**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00334-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| NUTRISYSTEM, INC. | § § | |
| *Defendant.* | § § | |

## DIETGOAL INNOVATIONS LLC'S NOTICE OF FINANCIAL INTEREST

Pursuant to the Court's Order to Meet, Report, and Appear at Scheduling Conference [Dkt. 30], Plaintiff DietGoal Innovations LLC hereby submits its Notice of Financial Interest disclosing DietGoal Innovations LLC (a Texas Limited Liability Company), Daniel Mitry, Timothy Salmon, and Oliver Alabaster as persons that are financially interested in the outcome of this litigation.

Dated: December 3, 2012

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Niky Bukovcan*
Christopher M. Joe (Lead Counsel)
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Niky Bukovcan
State Bar No. 24078287
Niky.Bukovcan@BJCIPLaw.com
Monica Tavakoli
State Bar No. 24065822
Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 635-1839
Facsimile: (972) 656-0967

**THE LAW OFFICES OF DAMON YOUNG**

Damon M. Young
State Bar No. 2176700
damon@dylawoffices.com

4122 Texas Boulevard
P.O. Box 1897*
Texarkana, TX. 75503 (*04*)
Telephone: (903) 794-1303
Facsimile: (903) 792-5098

**ATTORNEYS FOR PLAINTIFF
DIETGOAL INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that at all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 3rd day of December, 2012. Any other counsel of record will be served by facsimile transmission and first class mail.

>                     */s/ Niky Bukovcan*
>                     Niky Bukovcan