## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DIETGOAL INNOVATIONS LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 2:12-cv-334** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **NUTRISYSTEM, INC.,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## FINANCIAL INTEREST STATEMENT OF DEFENDANT NUTRISYSTEM, INC.

Defendant Nutrisystem, Inc. ("Nutrisystem") respectfully submits the following financial disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Paragraph 3 of the Court's November 16, 2012, Order to Meet, Report, and Appear at Scheduling Conference (Dkt. No. 30).

The undersigned counsel of record for Defendant Nutrisystem, Inc. certifies that there is no parent corporation or publicly held corporation owning 10% or more of its stock. Nutrisystem is a Delaware corporation whose stock is publicly traded. Nutrisystem is not aware of other persons or entities – apart from other parties of record – that have any financial interest in the outcome of this litigation.

Dated: December 3, 2012

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Thomas R. Davis*
Winstol D. Carter, Jr., Lead Attorney
State Bar No. 03932950
wcarter@morganlewis.com
Thomas R. Davis
State Bar No. 24055384
tdavis@morganlewis.com
Jackob Ben-Ezra
State Bar No. 24073907
jben-ezra@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

**ATTORNEYS FOR DEFENDANT
NUTRISYSTEM, INC.**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 3, 2012.

*/s/ Thomas R. Davis*
Thomas R. Davis